**William RHONE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 81839.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 17, 2003.

Stacey F. Sullivan, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before PAUL J. SIMON, P.J. and
GARY M. GAERTNER, SR. and
KATHIANNE KNAUP CRANE, JJ.

*ORDER*

PER CURIAM.

William Rhone appeals the denial of his Rule 24.035 motion without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion reciting detailed facts and restating principles of law would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).